IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARAKSNAS
WESTERN DIVISON

**PATRICK L. SHERMAN**                                                               **PLAINTIFF**
**ADC #96304**

**v.**                 **Case No. 4:13-cv-00634-KGB-BD**

**PULASKI COUNTY, ARKANSAS**                                   **DEFENDANT**

## ORDER

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

SO ADJUDGED this the 25th day of July, 2014.

_____
Kristine G. Baker
United States District Judge